Leonard D. Messinger (State Bar No. 86427)
    lmessinger@fulpat.com
Jessier Reider (State Bar No. 237113)
    jreider@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for Plaintiff
Sierra Nevada Brewing Co.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NEVADA BREWING CO,<br><br>    Plaintiff,<br><br>v.<br><br>ANHEUSER-BUSCH, INC.<br><br>    Defendant. | CIV S-05 2308-FCD-DAD<br><br>STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271 |

    Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: April___, 2007       _____
    Leonard D. Messinger
    Attorney for Plaintiff Sierra Nevada Brewing Co.

Dated: April ____, 2007       _____
    Steven M. Weinberg
    Attorney for Defendant Anheuser- Busch, Inc.

    It is so Ordered.

Dated: April 16, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

166587.1