STEVEN M. WEINBERG (SBN 235581)
AARON J. MOSS (SBN 190625)
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687
smweinberg@ggfirm.com
amoss@ggfirm.com

Attorneys for Defendant and
Counterclaimant
ANHEUSER-BUSCH, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NEVADA BREWING CO.<br><br>Plaintiff,<br><br>vs.<br><br>ANHEUSER-BUSCH, INC.<br><br>Defendant. | Case No. CIV S-05 2308-FCD-DAD<br><br>Assigned To:<br>Hon. Frank C. Damrell, Jr.<br><br>**STIPULATED DISMISSAL WITH PREJUDICE.** |
| ANHEUSER-BUSCH, INC.<br><br>Counterclaimant,<br><br>vs.<br><br>SIERRA NEVADA BREWING CO.<br><br>Counterclaim Defendant. | |

218905.1

04242-00004/1615619.2

1

Stipulated Dismissal With Prejudice

Pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), the Parties through their undersigned counsel hereby Stipulate to the dismissal of this litigation, including the counterclaim, with prejudice, and with each party to bear its respective fees, costs and expenses.

This Stipulated Dismissal With Prejudice may be entered without further action.

DATED: March 14, 2008

DATED: March 24, 2008

FULWIDER PATTON LLP

By: _____
LEONARD D. MESSINGER
Attorneys for Plaintiff and
Counterclaim Defendant
SIERRA NEVADA BREWING CO.

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: _____
STEVEN M. WEINBERG
Attorneys for Defendant and
Counterclaimant
ANHEUSER-BUSCH, INC.

218905.1
04242-00004/1615619.2

2
Stipulated Dismissal With Prejudice