STEVEN M. WEINBERG (SBN 235581)
AARON J. MOSS (SBN 190625)
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687
smweinberg@ggfirm.com
amoss@ggfirm.com

Attorneys for Defendant
ANHEUSER-BUSCH, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NEVADA BREWING CO.<br><br>  Plaintiff,<br><br>  vs.<br><br>ANHEUSER-BUSCH, INC.<br><br>  Defendant. | Case No. 2:05-cv-2308-FCD-DAD<br><br>Hon. Frank C. Damrell Jr.<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** |

**ORDER**

1. Pursuant to the Stipulation of Dismissal filed separately from this order on March 25, 2008, the entire action is dismissed with prejudice.

2. Each Party shall bear its respective fees, costs and expenses incurred in this action.

IT IS SO ORDERED.

DATED: March 26, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE